UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| This Document Relates To:<br><br>*See Appendix A* | HON. CYNTHIA M. RUFE |

## NOTICE OF CHANGE OF PARTY NAME

Please take notice that the name of Plaintiff César Castillo, Inc. was changed to César Castillo, LLC. The address and the telephone number of the company have not been affected by this change.

Dated: August 21, 2020

Respectfully submitted,

*/s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
(215) 923-9302 (fax)
dnast@nastlaw.com

*Lead and Liaison Counsel for Direct Purchaser Plaintiffs*

**CERTIFICATE OF SERVICE**

      I, Dianne M. Nast, certify that, on this date, the foregoing document was served by filing it on the court's CM/ECF system and additionally via electronic mail to all counsel of record.

Dated: August 21, 2020                                       */s/ Dianne M. Nast*
                                                                                    Dianne M. Nast